Rev: 3/2015

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                  Criminal No.     18-47

MICHAEL RON DAVID KADAR      Category    B

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on  6/1/2018  from Judge Trevor N. McFadden to Calendar Committee by direction of the Calendar Committee.

(Defendant is a Fugitive)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc:    Judge Trevor N. McFadden    & Courtroom Deputy
       Calendar Committee    & Courtroom Deputy

U.S. Attorney's Office – Judiciary Square Building, Room 5133

Statistical Clerk